

# NUMBER 13-14-00027-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

AMANDA JACKEL,                                                          Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

### On Appeal from the 52nd District Court
### of Coryell County, Texas.

# ORDER

### Before Chief Justice Valdez and Justices Perkes and Longoria
### Order Per Curiam

Currently pending before the Court is appellant's motion requesting pro se access

to the appellate record in the above-referenced cause.[1]   Appellant's counsel has filed an

---

[1] This case is before the Court on transfer from the Tenth Court of Appeals in Waco pursuant to a docket equalization order issued by the Supreme Court of Texas.  *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2013 3d C.S.).

*Anders* brief herein and appellant has been unable to examine the record so that she can file a pro se brief. *See Anders v. California*, 386 U.S. 738, 744 (1967).

Accordingly, it is hereby ORDERED that the trial court ensure that appellant has the opportunity to fully examine the appellate record on or before thirty days from the date of this order, and it is FURTHER ORDERED that the trial court notify this Court as to the date upon which the appellate record was made available to appellant. *See Kelly v. State*, PD-0702-13, 2014 WL 2865901, at **3–4 (Tex. Crim. App. June 25, 2014).

Appellant shall have thirty (30) days from the day the appellate record was first made available to her to file her pro se brief with this Court. The State shall have twenty days thereafter to file its response, if any.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
8th day of August, 2014.

2